

## Case Student Handbook > University Policies

## Standards of Conduct

Conduct that is subject to university disciplinary action includes the following

1. Interference with freedom of speech or movement, or intentional disruption or obstruction of teaching, research, administration, or other functions on university property
2. Any actual or threatened physical harm or mental abuse of any person on University premises or at functions sponsored or supervised by the University
3. Failure to comply with the directions of university officials, instructional or administrative, acting in performance of their duties
4. Theft or vandalism of University property or that of a member of the university community or campus visitor
5. All forms of dishonesty, including cheating; plagiarism; knowingly furnishing false information to the university; forgery; and the alteration or misuse of University documents, records, or instruments of identification
6. Falsification, distortion, or misinterpretation of information before a hearing body
7. Unauthorized carrying or possession on university premises of firearms or of any weapon with which injury, death, or destruction may be inflicted
8. Violations of law on University premises or in connection with university functions
9. Violation of published university rules and regulations

The following policies outline expected standards of behavior at Case Western Reserve University.

- Abuse
- Dishonesty
- Disorderly Conduct
- Failure to Comply
- Harassment
- Hazing
- Study Abroad Conduct
- Vandalism

*Last Updated: August 15, 2012*