# EXHIBIT D

 

## Susan L. Padrino, MD
10900 Euclid Ave, Cleveland, OH 44106
216-368-5189, slp22@case.edu

## Education and Medical Training

**Chief Residency**      June 2003—June 2004
*Duke University Medical Center*, Durham, NC
Combined Internal Medicine and Psychiatry Program

**Residency**      June 1999—June 2004
*Duke University Medical Center*, Durham, NC
Combined Internal Medicine and Psychiatry Program

**Doctor of Medicine**      Aug 1995—May 1999
*University of Maryland, School of Medicine*, Baltimore, MD

**B.A. History**      Sept 1990—May 1994
*Amherst College*, Amherst, MA
Magna cum laude

## Additional Training

**Teach 4 Quality (Te4Q)**      Feb 2014
*Case Western Reserve University*, Cleveland, OH
AAMC Initiative

**FLEX**      May 2013—May 2014
*CWRU School of Medicine*, Cleveland, OH
A Professional Development Program for Women Faculty of the SOM

**Harvard Macy Institute**      Jan 2013—May 2013
*Harvard Medical School*, Boston, MA
Program for Educators in the Health Professions

**Scholars Collaboration in Teaching and Learning**      May 2011—Jan 2012
*CWRU School of Medicine*, Cleveland, OH
TEACH PD3 Project

**American Board of Internal Medicine**      January 2005
*ABIM & NBME Offices*, Philadelphia, PA
Faculty Development Course in Assessment

Susan L. Padrino, MD
Curriculum Vitae, page 2

## Professional Work History

**Assistant Dean for Clinical Sciences**　　　　　　Feb 2013—present
*CWRU School of Medicine,* Cleveland, OH

**Assistant Professor (Psychiatry & Internal Medicine)**　July 2008—present
*University Hospitals, Case Medical Center*, Cleveland, OH

**Physical Diagnosis Course Director**　　　　　　May 2006—May 2013
*CWRU School of Medicine*, Cleveland, OH

**Medical Director, Douglas Moore Health Center**　Aug 2005—present
*University Hospitals, Case Medical Center*, Cleveland, OH

**Research Assistant, Document Design Center**　　Jun 2004—July 2005
*American Institutes for Research*, Washington, DC

## Licensure and Certifications

OH, Active, 2005—present
Board Certified, American Board of Internal Medicine, 2004
Board Certified, American Board of Psychiatry and Neurology, 2007
Subspecialty Certification in Psychosomatic Medicine, 2008

## Professional Memberships

*American Psychiatric Association*, Fellow since 2014, member since 1999
*Association of Medicine and Psychiatry*, since 2008
*Society of General Internal Medicine*, since 2009

## Honors

*Scholarship in Teaching Award,* 2012
Year 2 OSCE

*Scholarship in Teaching Award,* 2011
TEACH PD3 Project

*Scholarship in Teaching Award,* 2007
Advanced Clinical Skills Curriculum

*Outstanding Psychiatry Resident Award,* 2004
Duke Psychiatry Residency Program

Susan L. Padrino, MD
Curriculum Vitae, page 3

## Teaching Activities

Clinical reasoning curriculum for pre-clerkship curriculum
- Applies to all 1st and 2nd year medical students (approx 336)
- Continuous throughout the year
- Curriculum design, faculty development, development of learning materials

Clinical reasoning curriculum for IQ+
- Applies to all medical students participating in Core clerkships (approx 175)
- Continuous throughout the year
- Curriculum design, development of learning materials, 5 sessions

IQ+ leadership committee
- Applies to all medical students participating in Core clerkships (approx 175)
- Continuous throughout the year
- Oversight of faculty, student assessment and faculty evaluation

Hepatology elective for Addiction Medicine fellows
- One-month elective in the Spring for 1 Addiction fellow
- Development of course objectives, supervision, scheduling

Year 2 OSCE
- Applies to all 2nd year medical students
- Exam development and monitoring, student assessment, and remediation

Clinical skills workshops
- Thirty to 40 students per year
- January, two to four 1 hour sessions
- Development of workshop skills and faculty materials, direct teaching

Year 3 Clinical Skills Exam, planning and note reviewer
- All 3rd year medical students
- Assessment redesign, written student feedback

Portfolio reviewer
- Selected 1st and 2nd year medical students (approx 12)
- Review of student portfolios (1-2 hours per portfolio), written student feedback

Susan L. Padrino, MD
Curriculum Vitae, page 4

## Additional Local Activities

| | |
|---|---|
| Member, MetroHealth Family Medicine Chair Search Committee | Feb 2014—present |
| Member UHCMC Surgery Chair Search Committee | Feb 2014—present |
| New Building Coordination Committee | Nov 2013—present |
| Mission, Vision, Values Committee for MetroHealth System | Oct 2013—Dec 2013 |
| Chair, Clinical Curriculum Committee | Feb 2013—present |
| Member, Student Assessment Committee | Feb 2013—present |
| Member, Program Evaluation Committee | Feb 2013—present |
| Member, Academic Leadership Committee | Feb 2013—present |
| Chair, Committee on Students (Disciplinary and Promotions Committee) | July 2012—present |
| Member, Hospital Steering Committee on Professionalism | Jan 2012—present |
| Member, Hospital Wellness Committee | Jan 2011—present |
| Member, Competency and Portfolio Planning Committee | Jan 2011—present |
| RAMP Faculty | July 2011—present |
| Portfolio reviewer | Jan 2010—present |
| Member, Committee on Students | Jun 2009—Jun 2012 |
| CPCP Faculty | July 2007—present |
| Member, Hospital Ethics Committee | Nov 2005—present |

## Additional National Activities

| | |
|---|---|
| MedEdPortal Clinical Reasoning submission reviewer | Nov 2013—present |
| Public Member, Board of Directors, American Association of Colleges of Podiatric Medicine | May 2013—present |

## Research and Publications

**Co-Investigator, Stemmler NBME funded project:** *Academic and Professional Lapses in Medical School: A Prospective Assessment of their Sequelae,* ongoing

**Padrino, SL.** Review of Principles of Social Psychiatry, 2nd Edition edited by Craig Morgan and Dinesh Bhugra. Journal of Clinical Psychiatry 71(11), Nov 2011, 1560-61.

**Padrino SL**, Papp KK. Case #5 Mr. Kish, a 55-year old male with complaint of fatigue. Simulated Internal Medicine Patient Learning Exercises (SIMPLE) The Institute for Innovative Technology in Medical Education. Feb 2008.

Scharfstein S,...**Padrino S.** *A Vision for the Mental Health System*, American Psychiatric Association, April 3, 2003.

Susan L. Padrino, MD
Curriculum Vitae, page 5

Writer and Editor, *Psychiatric News* Resident's Forum column, 2002-2003.

## Presentations

**End of Year 2 OSCE Integration Within a Portfolio-Driven Reflective Practice Cycle- Poster**
CGEA 2014 Spring Conference, Cleveland OH, March 2014 (pending)

**A Guide to Successfully Using Portfolios in a Competency-based Curriculum- Workshop**
CGEA 2014 Spring Conference, Cleveland, OH, March 2014 (pending)

**Teaching and Assessing Clinical Reasoning in Podiatry Residency**
Council of Teaching Hospitals Faculty Development Session, TeaNeck, NJ, August 2013

**The Problem Learner: Practical Tips for Clinicians**
Cleveland VAMC Primary Care Center of Excellence, Center for the Advancement of Medical Learning Series, Cleveland OH, June 2013

**Is it Medical, Psychiatric, or Both?**
All Ohio Institute for Public Psychiatry, Cleveland, OH, March 2013

**Direct Observation**
CWRU School of Medicine Education Retreat, Cleveland OH, March 2013

**Assessing Competency of Clinical Skills in Podiatry Training Programs** *and* **Remediation in Podiatry Residency**
Council of Teaching Hospitals Faculty Development Session, May 2012

**Direct Observation of Clinical Skills and Formative Feedback**
UH Case Medical Center Surgery Grand Rounds, Cleveland OH, September 2011

**Workshop Series: Observation and Feedback for Clinicians; The Problem Learner**
Various Departments 2006-present

**Competency Evaluation in Podiatric Residency**
**Remediation in Podiatric Residency**
PRESENT e-Learning Residency Education Summit, Chicago, IL April 2011

**Psychiatric Issues in Oncology**
Oncology Fellows Rounds, April 2011

**Using Direct Observation to Evaluate Clinical Skills Competence in Podiatric Residency**
American Association of Colleges of Podiatric Medicine, Council of Teaching Hospitals Annual Meeting, Boston, MA, May 2010

Susan L. Padrino, MD
Curriculum Vitae, page 6


**Teaching Medical Students to Manage Uncertainty in Clinical Situations Using Advanced Clinical Skills**
SGIM Annual Meeting, Miami FL, May 2009

**Using Direct Observation to Evaluate Clinical Skills Competency in Podiatric Residency**
Department of Veterans Affairs Employee Education System
December 10, 2009 in Cleveland, OH

**When Patients Request to Die**
Psycho-oncology Grand Rounds, Ireland Cancer Center, June 6, 2007

**"A Model for Assessing Factors Predicting a Placebo Response"**
Poster presentation
Future Leaders in Psychiatry Symposium, Miami, FL May 2006

**Managing Depression in Primary Care: A Survival Guide**
UHHS Grand Rounds, April 2005

**"The Placebo Effect"**
Duke Senior Resident Presentation, November 2003

**"Combined Programs...Where are we now?"**
A.P.A. Annual Meeting 2003

**"You want to do what? Combined Psychiatry Programs"**
A.P.A. Annual Meeting 2002