# EXHIBIT I

## Case IQ Group Faculty Assessment of Student Participant



Block: 2 - The Human Blueprint        Period: End block

Student: Amir Al-Dabagh        IQ Faculty: Konstantin Leskov

View Mid-Block Evaluation

**Please use examples you have observed to comment on the student's behaviors during Case Inquiry Group discussions.**

| Skills | Strengths | Areas for Improvement |
|---|---|---|
| **Contributions to Group Content and Process**<br>✓ contributes to identifying learning issues in cases and to selecting group learning points that need further study<br>✓ provides supportive and constructive feedback to group members<br>✓ asks questions that reflect outside reading, and stimulate group discussion and thinking | Amir does his research very well. He is very good at identifying learning objectives. Amir was the best in answering my probing questions. He always comes prepared and stays on track during the discussion. Amir is respective of others and protective of his group colleagues. | I see no problems here. |
| **Skills at critical appraisal of resources**<br>✓ uses a variety of references and critically appraises them<br>✓ analyzes and applies relevant studies, sources, and facts<br>✓ generates and considers alternative perspectives<br>✓ carefully weights evidence and refrains from drawing conclusion too quickly<br>✓ makes links with prior relevant readings, experience or knowledge | Amir is good at using sources, extracting required information and compiling it to address the case. | No problems in this area. |
| **Professional Behaviors**<br>✓ arrives on time, stays, does not leave early<br>✓ completes SEQs thoughtfully and thoroughly<br>✓ listens to others respectfully and attentively<br>✓ accepts constructive | | Minor: Some students pointed out that occasionally Amir comes to the class in 'goofy' mood and makes comments that do not sound professional. Major: Amir was late three times, from 10 to 25 min each time. On one occasion he was supposed to be a leader, and the group could not start on time because they claimed that they had no agenda, and Amir was expected to bring one. |

| | | |
|---|---|---|
| feedback and modifies behavior based on that feedback<br>✓ acknowledges the limits of one's own knowledge<br>✓ demonstrates accountability to self and group members for mastery of learning objectives<br>✓ completes tasks as negotiated within the group; is dependable<br>✓ Identifies own strengths and weaknesses<br>✓ maintains composure during difficult group interactions | Amir's SEQs were on time and very good. During the discussion Amir is respective toward others and lets people finish their point. Amir has evolved a lot during the last two weeks. Occasionally, Amir took over leading role when the leader did not do well. | Very serious: In the last two weeks Amir managed to come on time. His tardiness alone would not have warranted a 'does not meet expectation' grade, however, each time he came in late, Amir asked me for a 'private' talk and then asked not to mark him as late. I consider this a more serious breach of professionalism, than tardiness itself. Asking his preceptor to lie about attendance is not something a medical student should start his school with. On the other hand, Amir's academic performance has been very good. His interaction with the members of his group is very positive. I am sure, that Amir will benefit from targeted remediation program and/or a professional ethics workshop and will become an excellent doctor. |

| Inquiry Group Ratings | |
|---|---|
| ✓ Performance (Faculty Rating) | Does not meet |
| ✓ Attendance | Does not meet |
| ✓ Completion of Requirements | |
| Peer Feedback | Meets |
| SEQs/MCQs | Meets |
| **Overall IQ Rating** | **Does not meet** |